**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| M.L.C., | | : No. 18 WM 2015 |
| | | : |
| | Petitioner | : |
| | | : |
| | | : |
| | | : |
| | v. | : |
| | | : |
| | | : |
| | | : |
| B.B., | | : |
| | | : |
| | Respondent | : |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 8th day of April, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.